685-15

# ELECTRONIC RECORD

COA #    11-11-00241-CR                    OFFENSE:    30.02F2

STYLE:    **Johnathen Lee Harrison**
          **v. State of Texas**            COUNTY:    Brown

COA DISPOSITION:    AFFIRMED              TRIAL COURT:    35th District Court

DATE: 8/15/15          Publish: NO    TC CASE #:    CR20133


# IN THE COURT OF CRIMINAL APPEALS

STYLE:    **Johnathen Lee Harrison**
          **v. State of Texas**            CCA #:    **PD-0685-15**

_____PRO SE_____ Petition              CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:    DATE:    _____

_____REFUSED_____                      JUDGE:    _____

DATE: __11/18/2015__                   SIGNED: _____    PC: _____

JUDGE: _____                   PUBLISH: _____    DNP: _____

-------------------------

                                       _____ MOTION FOR

                          REHEARING IN CCA IS: _____

                          JUDGE: _____

# ELECTRONIC RECORD